**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

DERRICK BROOKS,

                  Plaintiff,

        v.                                  9:12-CV-0624
                                            (NAM/CFH)

RYAN P. BRENNAN, Secure Care Treatment
Aide, CNYPC; CHRISTOPHER D. SMITH,
Secure Care Treatment Aide, CNYPC;
LAURA SMITH-CREASER, R.N., Ward
Nurse/Supervisor for Ward 605,
CNYPC; JEFF NOWICKI, Chief of Mental
Health Treatment Services, CNYPC;
DR. TERRI MAXYMILLIAN, Director of Mental
Health Treatment Services, CNYPC;
MAUREEN BOSCO, Acting Executive Director
of CNYPC; DR. MICHAEL F. HOGAN,
Commissioner of Department of Mental Health;
BRETT DAVIS, Secure Care Treatment Aide,
CNYPC,

                  Defendants.
_____

**APPEARANCES:**                             **OF COUNSEL:**

DERRICK BROOKS
#172543
Central New York Psychiatric Center
P.O. Box 300
Marcy, New York 13403
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN            CATHY Y. SHEEHAN, ESQ.
Attorney General for the                      Assistant Attorney General
State of New York
The Capitol
Albany, New York 12224-0341
Counsel for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

**ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 21st day of June 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 12, 2013
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge