**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

DERRICK BROOKS,

                  **Plaintiff,**

              v.                                        **9:12-CV-624
                                                               (NAM/CFH)**

**RYAN P. BRENNAN, Secure Care Treatment
Aide, CNYPC; CHRISTOPHER D. SMITH,
Secure Care Treatment Aide, CNYPC;
LAURA SMITH-CREASER, R.N., Ward
Nurse/Supervisor for Ward 605,
CNYPC; and BRETT DAVIS, Secure Care
Treatment Aide, CNYPC,**

                  **Defendants.**
_____

**APPEARANCES:**                                        **OF COUNSEL:**

DERRICK BROOKS
#172543
Central New York Psychiatric Center
P.O. Box 300
Marcy, New York 13403
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN               CATHY Y. SHEEHAN, ESQ.
Attorney General for the                         Assistant Attorney General
State of New York
The Capitol
Albany, New York 12224-0341
Attorney for Defendants Ryan Brennan,
Christopher D. Smith, Laura Smith-Creaser

ARMOND J. FESTINE, ESQ.
258 Genesee Street, Suite 603
Utica, New York 13502
Attorney for Defendant Brett Davis

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

**ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 28th day of January 2015. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. This case is dismissed in its entirety as to all claims and all defendants pursuant to Fed. R. Civ. P. 41 and N.D.N.Y.L.R. 41.2(a).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 18, 2015
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge